Hyer, Gill & Brown, for appellant; Maynard & Maynard, for appellee. Opinion by Presiding Justice Dove. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

John Schuck, a Mental Incompetent, by William Spinner, Conservator of his Person and Estate, Plaintiff-Appellant, v. Mary Schuck and Kenneth C. Richards, Defendants, Mary Schuck, Appellee.

Gen. No. 10,612.

Willard E. Cain, M. F. Abrahamson, L. L. Rechenmacher, for appellant; Hadley and Leren, for appellee; Palmer Leren, of counsel. Opinion by Presiding Justice Dove. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.